JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVINE SON IRVIS, | Case No. 5:24-cv-02527-PA-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| ISRAEL JACQUEZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: April 24, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE